UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Case No. 1:22-cv-00254-DLF |

**JOINT STATUS REPORT**

Under this Court's January 29, 2024 Minute Order, Plaintiff Citizens for Responsibility and Ethics in Washington and Defendant U.S. Department of Justice submit this joint status report:

1. This case involves a Freedom of Information Act request, which seeks records (1) relating to the U.S. Department of Commerce Office of Inspector General referral to the Public Integrity Section of DOJ's Criminal Division regarding its findings that former Secretary of Commerce Wilbur Ross misrepresented the full rationale for the reinstatement of the citizenship question in the 2020 Decennial Census in his testimony before Congress; and (2) relating to DOJ's decision not to prosecute Secretary Ross following the referral.

2. As explained in the prior joint status reports, the Criminal Division's search resulted in about 5,100 potentially responsive documents. *See* ECF No. 24. The Criminal Division made productions of nonexempt, responsive materials in October and December 2022, and in July 2023. The Criminal Division also referred certain documents to the Commerce Department for its review, and the Commerce Department made productions of nonexempt, responsive materials in January, March, May, and June 2023. Both the Criminal Division

and the Commerce Department have completed their productions of nonexempt, responsive materials.

3. The parties have conferred about these productions and are conferring about next steps in this litigation. In accordance with the prior joint status reports, *see* ECF No. 24, the parties propose that they file a further joint status report on April 29, 2024.

DATED: March 14, 2024

/s/ *Laura Iheanachor*
Laura Iheanachor
(D.C. Bar No. 1782056)
Nikhel S. Sus
(D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
1331 F St. NW, Suite 900
Washington, DC 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020
liheanachor@citizensforethics.org

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *Stephen Ehrlich*
STEPHEN EHRLICH
Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
Peter W. Rodino, Jr. Federal Building
970 Broad Street, 7th Floor
Newark, NJ 07102
Phone: (202) 305-9803
Email: stephen.ehrlich@usdoj.gov

*Attorneys for Defendant*